ERIC GRANT
United States Attorney
ZULKAR KHAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00217-WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| COLE BRADLEY MARTIN, | DATE: November 24, 2025 TIME: 10:00 a.m. COURT: William B. Shubb |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on November 24, 2025.

2.      By this stipulation, defendant now moves to continue the status conference until January 26, 2026, and to exclude time between November 24, 2025, and January 26, 2026, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including nearly 400 pages of documents, numerous photographs, and multiple video recordings. All of this discovery is either being produced directly to counsel or is available for inspection and copying.

        b)      Counsel for the defendant was on trial during the month of November 2025.

c)      Counsel for defendant desires additional time to consult with his client, review the current charges, conduct investigation and research related to the charge, review the discovery for this matter, discuss potential resolutions with his client, and otherwise prepare for trial.

d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 24, 2025 to January 26, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

///

///

///

///

///

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 19, 2025                    ERIC GRANT
                                             United States Attorney


                                             */s/ ZULKAR KHAN*
                                             ZULKAR KHAN
                                             Assistant United States Attorney


Dated:  November 19, 2025                    /s/ DOUGLAS BEEVERS
                                             DOUGLAS BEEVERS
                                             Counsel for Defendant
                                             COLE BRADLEY MARTIN


## ORDER

IT IS SO FOUND AND ORDERED.

Dated:  November 24, 2025

                                             WILLIAM B. SHUBB
                                             UNITED STATES DISTRICT JUDGE