HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
COLE BRADLEY MARTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00217-WBS-1 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| vs. | |
| COLE BRADLEY MARTIN, | Date: January 26, 2026 |
| Defendant. | Time:  10:00 a.m. |
| | Judge: William B. Shubb |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Assistant United States Attorney Zulkar Khan, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for Cole Bradley Martin, that the status conference, currently scheduled for January 26, 2026, be continued to April 6, 2026 at 10:00 a.m.

Defense counsel requests additional time to review discovery and conduct investigation in this case.  The parties believe a continuance to April 6, 2026, will permit defense counsel the additional time necessary to conduct pretrial investigation, identify and interview witnesses, obtain pertinent records, and finalize any further pre-plea negotiations.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including April 6, 2026;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

-1-

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated:  January 21, 2026

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
COLE BRADLEY MARTIN

Dated:  January 21, 2026

PHILLIP A. TALBERT
United States Attorney

/s/ *Zulkar Khan*
ZULKAR KHAN
Assistant U.S. Attorney
Attorney for Plaintiff

-2-

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including April 6, 2026, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the January 26, 2026 status conference shall be continued until **April 6, 2026, at 10:00 a.m.**

Dated:  January 21, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-3-