ERIC GRANT
United States Attorney
ZULKAR KHAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:25-CR-00217-WBS-1 |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| COLE BRADLEY MARTIN, | DATE: April 6, 2026 |
| Defendant. | TIME: 10:00 a.m. |
| | COURT: William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for status on April 6, 2026.

2.    By this stipulation, the parties now move to vacate the April 6 status conference, and instead set the matter for trial on **July 21, 2026 at 9:00 a.m.** and a trial confirmation hearing on **June 22, 2026 at 10:00 a.m.**, and to exclude time between April 6, 2026, and July 21, 2026, under Local Code T4.

3.    The parties agree and stipulate, and request that the Court find the following:

a)    Defense counsel requests additional time to review discovery and conduct investigation in this case.  Between April 6 and July 21, defense will conduct pretrial investigation, identify and interview witnesses, obtain pertinent records, and otherwise prepare

for trial.

b)    The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic, and multiple video recordings. All of this discovery is either being produced directly to counsel or is available for inspection and copying.

c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)    The government does not object to the continuance.

e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 6, 2026 to July 21, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

///

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 1, 2026                    ERIC GRANT
                                         United States Attorney


                                         /s/ ZULKAR KHAN
                                         ZULKAR KHAN
                                         Assistant United States Attorney


Dated:  April 1, 2026                    /s/ DOUGLAS BEEVERS
                                         DOUGLAS BEEVERS
                                         Counsel for Defendant
                                         COLE BRADLEY MARTIN


**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  April 2, 2026

                                         WILLIAM B. SHUBB
                                         UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3