ERIC GRANT
United States Attorney
ZULKAR KHAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00217-WBS-1 |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| COLE BRADLEY MARTIN, | DATE: June 8, 2026 |
| Defendant. | TIME: 10:00 a.m. COURT: William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a trial confirmation hearing on June 22, 2026 and a trial on July 21, 2026.

2. By this stipulation, the parties now move to vacate the trial and trial confirmation hearing, and instead set the matter for trial on **September 29, 2026 at 9:00 a.m.** and a trial confirmation hearing on **August 31, 2026 at 10:00 a.m.**, and to exclude time between June 8, 2026, and September 29, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government produced 916 audio files—recordings of jailhouse calls associated with the defendant—on April 14, 2026. Given this latest production, defense counsel

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

1

requests additional time to review discovery and conduct investigation in this case.  Between June 8 and September 29, defense will conduct pretrial investigation, identify and interview witnesses, obtain pertinent records, and otherwise prepare for trial.

b)    The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic, and multiple video recordings. All of this discovery was either produced directly to counsel or has been made available for inspection and copying.

c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)    The government does not object to the continuance.

e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 8, 2026 to September 29, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 10, 2026                                    ERIC GRANT
                                                        United States Attorney


                                                        /s/ ZULKAR KHAN
                                                        ZULKAR KHAN
                                                        Assistant United States Attorney


Dated:  June 10, 2026                                    /s/ DOUGLAS BEEVERS
                                                        DOUGLAS BEEVERS
                                                        Counsel for Defendant
                                                        COLE BRADLEY MARTIN




**ORDER**

IT IS SO FOUND AND ORDERED.


Dated:  June 15, 2026

                                                        WILLIAM B. SHUBB
                                                        UNITED STATES DISTRICT JUDGE


STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3