ERIC GRANT
United States Attorney
NICOLE M. VANEK
JASON HITT
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>COLE MARTIN,<br>Defendant. | CASE NO. 2:25-CR-00217-WBS<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

Pursuant to Local Rule 141(b) and based upon the representations made in the Government's Request to File Government Exhibits A and B under seal is GRANTED, and IT IS HEREBY ORDERED that Government Exhibits A and B shall be filed UNDER SEAL until further order of this Court.

Dated: August 20, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE