UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

Plaintiff,

v.

COLE MARTIN,

Defendant.

No. 2:25-cr-00217 WBS

SCHEDULING ORDER RE: DEFENDANT'S MOTION FOR RECONSIDERATION

----oo0oo----

Defendant requests reconsideration of this court's denial of his motion to suppress evidence. (Mot. (Docket No. 42).) The United States shall file any opposition to defendant's motion within 14 days of this order's filing date. Defendant's reply is due seven days from the date the United States files its briefing. The court will then take the motion under submission without a hearing unless otherwise ordered.

IT IS SO ORDERED.

Dated: October 2, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE